IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY McGEEHEE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                    CASE NO. 1D17-0493

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed June 5, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Tony McGeehee, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.